IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JORDAN BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-1033 |
| | ) | Judge Trauger |
| SHERIFF ROBERT ARNOLD and | ) | Magistrate Judge Bryant |
| RUTHERFORD COUNTY SHERIFF DEPT., | ) | |
| | ) | |
| Defendants | ) | |

**O R D E R**

On April 5, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 3), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendants' Motion For Judgment on The Pleadings (Docket No. 18) is **GRANTED**, and this case is **DISMISSED**.

It is so **ORDERED**.

ENTER this 23rd day of April 2013.

_____
ALETA A. TRAUGER
U.S. District Judge